JACQUELINE COULTER-PEEBLES SBN 92134
ATTORNEY AT LAW
THE BAY BRIDGE CENTER
5801 CHRISTIE AVE., SUITE 260
EMERYVILLE, CALIFORNIA 94608
Phone: (510) 839-8444; Fax: (510) 839-8424
Email: coulterpeebles@sbcglobal.net

Attorney for Plaintiff
ISLAH ALI

Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
Joy J. Chen, Bar No. 273894
jchen@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:    415.512.3000
Facsimile:    415.856.0306

Attorneys for Defendants
HOUSING AUTHORITY OF THE CITY OF ALAMEDA,
VANESSA COOPER, JANET BASTA, KARA KORBEL and
LYNETTE JORDAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| Islah Ali,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Housing Authority of the City of Alameda, Vanessa Cooper, Janet Basta, Kara Korbel and Lynette Jordan,<br><br>　　　　　　Defendant. | Case No.: 3:17-cv-03658-EMC<br><br>Complaint Filed: June 26, 2017<br>FAC Filed: March 2, 2018<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:　　　March 15, 2018<br>Time:　　　10:30 AM<br>Courtroom: Courtroom 5, 17th Floor |

　　　Plaintiff ISLAH ALI ("Plaintiff") and Defendants HOUSING AUTHORITY OF THE

CITY OF ALAMEDA ("AHA"), VANESSA COOPER, JANET BASTA, KARA KORBEL and

LYNETTE JORDAN (collectively "Defendants"), by and through their counsel of record, hereby

stipulate and move for a continuance of the Further Case Management Conference, and

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; 3:17-cv-03658-EMC

8473184.2 AL125-009

corresponding filing deadlines, given Plaintiff's plan to file a Second Amended Complaint in this matter, as follows:

1. WHEREAS, Defendants' Motion to Dismiss Plaintiff's Complaint came on for hearing on January 19, 2018, and on January 30, 2018, the Court issued an Order granting Defendants' Motion to Dismiss, with leave to amend, and allowed Plaintiff to file a First Amended Complaint within 30 days (by March 1, 2018).

2. WHEREAS, on March 2, 2018, Plaintiff filed a First Amended Complaint.

3. WHEREAS, on March 5, 2018, Plaintiff's counsel (Jacqueline Coulter-Peebles) informed Defense counsel (Suzanne Solomon of Liebert Cassidy Whitmore) that new counsel will substitute into the matter to represent Plaintiff and that Plaintiff's new counsel would like to file a Second Amended Complaint.

4. WHEREAS, on March 5, 2018, during the telephonic meet and confer, Defense counsel stated that Defendants have no objection to Plaintiff's new counsel filing a Second Amended Complaint, because Defendants had been planning to file a Motion to Dismiss portions of Plaintiff's First Amended Complaint.

5. WHEREAS, the parties agree that Plaintiff's filing of a Second Amended Complaint would be in the interests of judicial economy, and that the Second Amended Complaint should be filed on or before April 6, 2018.

6. WHEREAS, the parties believe that conducting the Initial Case Management Conference, which is currently scheduled for March 15, 2018, and exchanging initial disclosures by the current deadline of March 8, 2018, would not be in the interests of judicial economy because the pleadings are not settled and the Second Amended Complaint is likely to vary significantly from the First Amended Complaint  The parties wish to minimize the unnecessary expenditure of time and resources and agree that it would be premature to develop a cogent litigation plan given the issues associated with representation of the Plaintiff and the unsettled pleadings in this case.

7. Prior to Defendants' being served, the Court rescheduled the Initial Case

8473184.2 AL125-009

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

Management Conference from September 27, 2017 to October 31, 2017 (Docket 11), then rescheduled it to November 14, 2017 (Docket 13), presumably because Plaintiff had not served the Complaint on Defendants. Upon Defendants' declination to proceed before a Magistrate Judge, this case was reassigned to Hon. Edward M. Chen, who issued the December 12, 2017, Case Management Conference Order, setting the Initial Case Management Conference for January 18, 2018. (Docket 23.) The Court thereafter granted the parties' Stipulation to Continue the Case Management Conference and reset the conference to March 1, 2018 in light of Defendants' pending Motion to Dismiss portions of Plaintiff's Complaint that would potentially dispose of many issues in the case. (Docket 25.) Upon hearing, the Court granted Defendant's Motion to Dismiss Plaintiff's Complaint, with leave to amend, and reset the Case Management Conference to March 15, 2018. (Docket 28.)

8. WHEREAS, the parties know of no prejudice that will result as a result of the jointly requested continuance, as granting additional time will not have any impact on the case schedule since the pleadings are not yet settled and not trial date has been set.

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2 and the accompanying Declaration of Suzanne Solomon, between Plaintiff ISLAH ALI and Defendants HOUSING AUTHORITY OF THE CITY OF ALAMEDA, VANESSA COOPER, JANET BASTA, KARA KORBEL and LYNETTE JORDAN, as follows:

1. That Plaintiff is to file and serve a Second Amended Complaint by April 6, 2018.

2. That the Initial Case Management Conference be continued to June 28, 2018, or the next available date thereafter, and that the dates flowing from that conference be continued as follows:

| | |
|---|---|
| June 14, 2018 | Deadline to meet and confer re: Initial Disclosures, ADR, and Discovery Plan. |
| June 21, 2018 | Deadline to file Rule 26(f) Report, complete Initial Disclosures, and file Case Management Conference Statement. |

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 6, 2018 | JACQUELINE COULTER-PEEBLES |
| | By: _/s/ Jacqueline Coulter-Peebles_<br>Jacqueline Coulter-Peebles<br>Attorney for Plaintiff ISLAH ALI |
| Dated: March 6, 2018 | LIEBERT CASSIDY WHITMORE |
| | By: _/s/ Suzanne Solomon_<br>Suzanne Solomon<br>Attorneys for Defendants HOUSING AUTHORITY OF THE CITY OF ALAMEDA, VANESSA COOPER, JANET BASTA, KARA KORBEL and LYNETTE JORDAN |

# [PR~~OPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:**

1. Plaintiff is to file and serve a Second Amended Complaint ("SAC") by April 6, 2018;

2. The Further Case Management Conference is continued to June 28, 2018, at 10:30 a.m., before the Hon. Edward M. Chen, in Courtroom 5, 17th Floor;

3. The Parties must meet and confer re: Initial Disclosures, ADR, and Discovery Plan by June 14, 2018; and

4. The Parties must file a Rule 26(f) Report, complete Initial Disclosures and file Case Management Conference Statements on or before June 21, 2018.

Dated: March 7, 2018

_____
HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

4
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; 3:17-cv-03658-EMC

8473184.2 AL125-009