UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAH ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VANESSA COOPER, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03658-EMC<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING**<br><br>Docket No. 45 |

　　　　Plaintiff alleges she was married in a Muslim solemnization ceremony in the State of Washington. *See* Second Amended Complaint ¶ 28. California law provides that "[a] marriage contracted outside this state that would be valid by laws of the jurisdiction in which the marriage was contracted is valid in California." Cal. Fam. Code § 308. Though Washington law appears to require a license before any persons can be married, *see* RCWA § 26.04.140, Washington courts appear to hold that failure to procure a license "does not render a marriage void or even voidable." *State v. Denton*, 97 Wash.App. 267, 271 (1999); *see also* RCWA § 26.04.010(1) ("Marriage is a civil contract between two persons who have each attained the age of eighteen years, and who are otherwise capable.").

　　　　The parties did not address this issue in their briefing and so are ordered to submit supplemental briefing not to exceed 3 pages by Tuesday, May 29 at 4:00p.m., addressing the

//
//
//
//
//

question whether Plaintiff plausibly alleges a valid marriage under Washington law and thus a valid marriage under California law.

**IT IS SO ORDERED**.

Dated: May 23, 2018

_____
EDWARD M. CHEN
United States District Judge