Leeds Disston, Bar No. 45016
CASALINA AND DISSTON
Attorneys at Law
409 – 13th Street, 9th Floor
Oakland, CA 94612
Telephone: 510-835-8110

Attorney for Plaintiff
ISLAH ALI

Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
Joy J. Chen, Bar No. 273894
jchen@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone: 415.512.3000
Facsimile: 415.856.0306

Attorneys for Defendants HOUSING AUTHORITY OF THE
CITY OF ALAMEDA, VANESSA COOPER and JANET BASTA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ISLAH ALI, <br><br> Plaintiff, <br><br> v. <br><br> HOUSING AUTHORITY OF THE CITY OF ALAMEDA, VANESSA COOPER, JANET BASTA, KARA KORBEL AND LYNETTE JORDAN, <br><br> Defendants. | Case No.: 3:17-cv-03658-EMC <br><br> Complaint Filed: June 26, 2017 <br> FAC Filed: March 2, 2018 <br> SAC Filed: April 6, 2018 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff Islah Ali, for herself, dismisses each and every one of her claims for relief in this action against each and every defendant.

1

8615583.1 AL125-009

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that all of Plaintiff Ali's claims be, and hereby are, dismissed in their entirety
3  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

4  Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: July 31, 2018           CASALINA AND DISSTON

By: _____
Leeds Disston
Attorneys for Defendants HOUSING
AUTHORITY OF THE CITY OF
ALAMEDA, VANESSA COOPER and
JANET BASTA

Dated: ~~July 31~~, 2018  August 2,           LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Joy J. Chen
Attorneys for Defendants HOUSING
AUTHORITY OF THE CITY OF
ALAMEDA, VANESSA COOPER and
JANET BASTA

IT IS SO ORDERED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA